IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH - CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HIPOLITO LOPEZ, et al.,<br><br>Defendants. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 2:03-CR-0476 DB<br><br>Judge Dee Benson |

Before the Court is the Report and Recommendation of magistrate judge Samuel Alba, issued April 15, 2005. At issue are several Defendants' motions to suppress evidence obtained through various wiretaps and a search warrant. The magistrate judge recommended all motions be denied. Two Defendants have timely filed objections to the report and recommendation.

Having reviewed all relevant materials, including the reasoning set forth in the magistrate judge's Report and Recommendation, the Court agrees with the report. Accordingly, the Court ADOPTS the magistrate judge's Report and Recommendation in its entirety, including the findings of fact and legal analysis given by the magistrate judge in the Report and Recommendation.

IT IS SO ORDERED.

DATED this 13th day of May, 2005.

Dee Benson
United States District Judge